# UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____x
                                           :
WABTEC CORPORATION,                        :    SUMMONS
                                           :    Court No. 23-00157
                Plaintiff,                 :
                                           :
        v.                                 :
                                           :
UNITED STATES,                             :
                                           :
                Defendant.                 :
_____x
```

To:  The Attorney General of the United States and
     the United States International Trade Commission:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. §1581(c) to contest the determination described below.

/s/ Mario Toscano
Clerk of the Court

1. <u>Name and standing of plaintiffs</u>:

Plaintiff Wabtec Corporation is a U.S. importer of certain freight rail couplers and parts thereof from China and is a party that participated in the International Trade Commission's ("ITC") investigation, the final results of which were published in *Certain Freight Rail Couplers and Parts Thereof From China*, 88 Fed. Reg. 43,398 (July 7, 2023). Plaintiff accordingly has standing to bring this action under 28 U.S.C. § 2631(c). Plaintiff is an interested party described in section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).

2. <u>Brief description of the contested determination</u>:

Plaintiff contests certain aspects of the final determination of the International Trade Commission's antidumping and countervailing duty investigations of certain freight rail couplers and parts thereof from China. The contested determination was published as *Certain Freight Rail Couplers and Parts Thereof From China*, 88 Fed. Reg. 43,398 (July 7, 2023). The ITC's determination resulted in the issuance of antidumping and countervailing duty orders on July 14, 2023. *See Certain Freight Rail Couplers and Parts Thereof from the People's Republic of China: Antidumping Duty Order*, 88 Fed. Reg. 45,138 (July 14, 2023); *Certain Freight Rail Couplers and Parts Thereof From the People's Republic of China: Countervailing Duty Order*, 88 Fed. Reg.

45,135 (July 14, 2023). The ITC's determination is contested pursuant to 19 U.S.C. §§ 1516a(a)(2)(A)(i)(II), 1516a(a)(2)(B)(i) and 28 U.S.C. § 1581(c).

3. <u>Effective date of the determination:</u>

The International Trade Administration of the U.S. Department of Commerce published the antidumping and countervailing duty orders on July 14, 2023. The effective date is the date of publication.

4. <u>Date of publication in the Federal Register of the contested determination</u>:

The contested determination was published on July 7, 2023.

    Respectfully submitted,

*/s/ David M. Morrell*
David M. Morrell
Ryan M. Proctor
Shelbie M. Rose
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
1.202.879.3636
dmorrell@jonesday.com

Dated: August 14, 2023

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. §1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, as amended, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
26 Federal Plaza
Room 346, Third Floor
New York, NY 10278

Supervising Attorney
Commercial Litigation Branch
Civil Division
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

The Honorable Lisa R. Barton
Secretary
**U.S. International Trade Commission**
500 E. Street, S.W.
Washington, DC 20436