## UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:
## THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| WABTEC CORPORATION<br><br>    *Plaintiff,*<br><br> and<br><br>STRATO, INC.,<br><br>    *Plaintiff- Intervenor*<br><br>   v.<br><br>UNITED STATES,<br><br>    *Defendant,*<br><br> and<br><br>COALITION OF FREIGHT COUPLER PRODUCERS,<br><br>    *Defendant-Intervenor.* | Court No. 1:23-cv-00157 |

## **MOTION TO WITHDRAW AS COUNSEL**

Pursuant to the United States Court of International Trade Rules 75(d), attorney David M. Morrell hereby moves to withdraw as counsel for Plaintiff Wabtec Corporation. Mr. Morrell will be leaving the private practice of law on January 9, 2026, and so will not be able to continue representing Wabtec. Shelbie Rose will continue to represent Wabtec.

1

                                            Respectfully submitted,

                                            */s/ David M. Morrell*
                                            David M. Morrell
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, D.C. 20001
                                            1.202.879.3636
                                            dmorrell@jonesday.com

                                            *Counsel for Wabtec Corporation*

Dated: January 6, 2026

## UNITED STATES COURT OF INTERNATIONAL TRADE BEFORE:
## THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| WABTEC CORPORATION<br>   *Plaintiff,*<br> and<br>STRATO, INC.,<br>   *Plaintiff- Intervenor*<br>  v.<br>UNITED STATES,<br>   *Defendant,*<br> and<br>COALITION OF FREIGHT COUPLER PRODUCERS,<br>   *Defendant-Intervenor.* | Court No. 1:23-cv-00157 |

### ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by attorney David M. Morrell, and upon all other papers and proceedings herein, it is hereby

**ORDERED** that said motion is granted

**SO ORDERED**:

Dated: _____, 2026
   New York, NY

_____
Gary Katzmann, Judge